■ In the Matter of DARYL S., JR. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DARYL S., Appellant.— Motion by the petitioner to strike the appellant's reply brief on an appeal from an order of the Family Court, Suffolk

County, entered June 19, 1991, and to impose sanctions, and cross motion by the appellant to impose sanctions.

Upon the papers submitted in support of the motion and cross motion, and the papers submitted in opposition thereto, it is,

Ordered that the motion and the cross motion are denied. Thompson, J. P., Sullivan, Harwood and O'Brien, JJ., concur.